No. 00–8615. Holguin Caraveo v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00–8616. Hall v. Superior Court of California, County of Santa Clara. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 00–8618. Cummings v. North Carolina. Sup. Ct. N. C. Certiorari denied. 

No. 00–8620. Smith v. Texas. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 00–8621. Roddy v. Nesbitt et al. C. A. 8th Cir. Certiorari denied. 

No. 00–8622. Spice v. Michigan. Ct. App. Mich. Certiorari denied.

No. 00–8623. Celestine v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 00–8626. Vasquez v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 00–8627. Shearin v. Delaware. Sup. Ct. Del. Certiorari denied. 

No. 00–8629. Clayburn v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–8632. Kelly v. City of Memphis. C. A. 6th Cir. Certiorari denied. 

No. 00–8638. Loyd v. Withrow, Warden. C. A. 6th Cir. Certiorari denied. 

No. 00–8639. Banning v. Hubbard, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 00–8643. Rocha v. Sparr, Judge, United States District Court for the District of Colorado, et al. C. A. 10th Cir. Certiorari denied.